JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN MORALES, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CONIFER REVENUE CYCLE SOLUTIONS, LLC, a Texas corporation; and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 2:23-CV-01987-AB-AGR<br>*[Assigned for all purposes to the Honorable Andre Birotte, Jr.]*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONSOLIDATE CASES**<br><br>Filing Date: January 3, 2024 |
| NICOLE KOLB and WILLIAM TANG, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>CONIFER VALUE-BASED CARE, LLC, CONIFER HEALTH SOLUTIONS, LLC, CONIFER REVENUE CYCLE SOLUTIONS, LLC, and TENET HEALTHCARE CORPORATION,<br><br>    Defendants. | Case No. 2:23-cv-10462-AB-AGR |

- 1 -

The Court **GRANTS** the Parties' Stipulation to Consolidate and **ORDERS** as follows:

- Pursuant to Fed. R. Civ. P. 42(a), *Ryan Morales v. Conifer Revenue Cycle Solutions, LLC et al.,* 23-cv-01987-AB-AGR ("*Morales*"), and *Nicole Kolb, William Tang, et al. v. Conifer Value-Based Care LLC et al*, 2:23-cv-10462-AB-AGR ("*Kolb*"), are hereby **CONSOLIDATED** under the first-filed *Morales* action;

- *Morales,* 23-cv-01987-AB-AGR is hereby designated as the lead case. All papers filed in the Consolidated Action must be filed in *Morales*;

- In light of the consolidation, *Kolb*, 2:23-cv-10462-AB-AGR is ordered **CLOSED**, and any schedules, deadlines, or dates set therein are **VACATED**.

- Any schedules, deadlines, or dates in *Morales* are **VACATED**, and the Motion to Dismiss [Dkt. No. 27] is **DENIED AS MOOT**.

- Plaintiffs in the Consolidated Action must file a Consolidated Class Action Complaint within sixty (60) days of this Order. ==All causes of action must be set forth in a numbered list on the face-page of the Consolidated Class Action Complaint.==

- Defendants have forty-five (45) days thereafter to respond to the Consolidated Complaint.

**IT IS SO ORDERED.**

Dated: January 10, 2024

_____
The Honorable Andre Birotte Jr.
United States District Court Judge